**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| MARQUES BRAGG,<br><br>                 *Plaintiff,*<br><br>v.<br><br>EXXONMOBIL CORPORATION and<br>STARCON INTERNATIONAL, INC.,<br><br><br>               *Defendants.* | Case No.: 4:23-cv-04523 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Marques Bragg ("Plaintiff") filed a complaint against Defendants EXXONMobil Corporation, and Starcon International, Inc., (collectively, "Defendants") on December 1, 2023. Dkt. No. 1.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Marques Bragg notifies the Court of his voluntary dismissal of this action, without prejudice. Defendants have not yet served an answer or filed a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the above-captioned action without prejudice, and with each party to bear their own fees and costs.

Dated: February 14, 2024

Respectfully submitted,

Bryan D. Pope
Larry F. Taylor
**THE COCHRAN FIRM – DALLAS,**
**PLLC**
1825 Market Center Blvd., Suite 500
Dallas, Texas 75207

Telephone: (214) 651-4260
Facsimile: (214) 651-4261
bpope@cochrantexas.com
ltaylor@cochrantexas.com

Benjamin Crump*
Nabeha Shaer*
**BEN CRUMP LAW, PLLC**
122 South Calhoun Street
Tallahassee, Florida 32301
Telephone: (800) 691-7111
ben@bencrump.com
nabeha@bencrump.com

Diandra Debrosse Zimmermann*
fu@dicellolevitt.com
**DICELLO LEVITT LLP**
505 20th Street North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 855-5700

Laura Reasons*
**DICELLO LEVITT LLP**
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
lreasons@dicellolevitt.com

Kenneth P. Abbarno*
Joe Fouche III*
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Telephone: (440) 953-8888
kabbarno@dicellolevitt.com
jfouche@dicellolevitt.com

Counsel for Plaintiff

*To Seek Admission *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, February 15, 2024, a copy of the foregoing was served electronically by this Court's ECF system upon all parties to this action.

**EXXONMOBIL CORPORATION**
22777 Springwoods Village Parkway
Spring, Texas 77389


**STARCON INTERNATIONAL, INC.**
10610 West Fairmont Parkway
LaPorte, Texas 77571

Bryan D. Pope